

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00348-CV

**IN RE** Elizabeth **DEMBO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: September 8, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On August 20, 2021, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2014EM503939, styled *In re K.T.D.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.